# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-3048

_____

Frederick Dwayne Spencer

*Plaintiff - Appellant*

v.

United States Department of Justice; Merrick B. Garland, United States Attorney General

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: February 8, 2024
Filed: February 13, 2024
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Frederick Spencer appeals the district court's[1] order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the judgment dismissing his complaint for failure

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

to state a claim. Having jurisdiction under 28 U.S.C. § 1291, this court affirms. Upon careful consideration of the record and Spencer's arguments on appeal, this court concludes the district court did not abuse its discretion in denying Rule 59(e) relief. *See Miller v. Baker Implement Co.*, 439 F.3d 407, 414 (8th Cir. 2006).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____